FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2026 NOV -5 AM 10: 40
MARGARET BOTKINS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT

for the

District of Wyoming

Division

Case No. 26 CV 340 ABJ
*(to be filed in by the Clerk's Office)*

Scott Yonken
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☑ No

-v-

KDFW Airport (Radio)
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SCOTT YONKER
Address: 3839 E. LINCOLNWAY #217
CHEYENNE, WY 82001
*City* *State* *Zip Code*
County: LARAMIE
Telephone Number: (307) 214-5314
E-Mail Address: scottyonker6@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: AERO / ADAPT HEALTH
Job or Title *(if known)*:
Address: AIRPORT
*City* *State* *Zip Code*
County: HARRIS
Telephone Number:
E-Mail Address *(if known)*:
☐ Individual capacity ☑ Official capacity

Defendant No. 2
Name: PETROLEUM (SUSAN)
Job or Title *(if known)*:
Address:
*City* *State* *Zip Code*
County: HARRIS
Telephone Number:
E-Mail Address *(if known)*: MCCLOUD
☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name __________

Job or Title *(if known)* __________

Address __________

__________ __________ __________
*City* *State* *Zip Code*

County __________

Telephone Number __________

E-Mail Address *(if known)* __________

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name __________

Job or Title *(if known)* __________

Address __________

__________ __________ __________
*City* *State* *Zip Code*

County __________

Telephone Number __________

E-Mail Address *(if known)* __________

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

DASHBOARD

~~E~~MMENINT DOMAIN, RIGHT TO FREE STATE

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

400% POVERTY

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

BACK FORTY, LEAD BASED SIGNALS TO BRAIN (EAR)

B. What date and approximate time did the events giving rise to your claim(s) occur?

CURRENTLY FOR 25 YRS

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

REOCCURRING SCARS ON LEGS, SPINE (BOTTOM), OUTSIDE LEFT CALF
SEVERE MIGRAINS, ~~RA~~ SEVERE PAIN & SUFFERING IN LEGS, JOINTS, & MUSCLES ALL THE TIME
AND NOW, SCAR ON SPINE & BLACK & BRUISED EYE (computer)
EXPLORING, REPORTING EXERCISE

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEVERE REOCCARRING SCARS ON LEGS, VESSLED NOSE, SPINE / CALF

SEVERE PAIN & SUFFERING IN LIGAMENTS, JOINTS & MUSCLES

BLACK & BRUISED RIGHT EYE

BRAIN DAMAGE (FROM AM SIGNELS) TO ~~EA~~ EAR (MEDICAL MAGIC)

MEDICAL MIRACLES NOT SUSTAINED

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$150,000 & DISSCONNECT (DENTAL WORK)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/5/26

Signature of Plaintiff [signature]

Printed Name of Plaintiff SCOTT ALLEN YONKER

### B. For Attorneys

Date of signing: __________

Signature of Attorney __________

Printed Name of Attorney __________

Bar Number __________

Name of Law Firm __________

Address __________

City __________ State __________ Zip Code __________

Telephone Number __________

E-mail Address __________